| | | |
|---|---|---|
| Bloom, Matter of | 2d Dept: 143 AD3d 173 | denied |
| Braverman v Braverman | 1st Dept: 140 AD3d 413 | denied |
| Burton v Lucido | 2d Dept: 135 AD3d 885 | denied |
| Donofrio, Matter of | App Div, 2d Dept: 2016 NY Slip Op 80620(U) | denied |
| Harry S., Matter of, v Olivia S.A. | 1st Dept: 143 AD3d 531 | denied |
| Merinda MM., Matter of (Carl MM.) | 3d Dept: 143 AD3d 1095 | denied |
| Sania S., Matter of (Marcia McG-W.) | 1st Dept: 143 AD3d 545 | denied |
| State of New York, Matter of, v James M. | 2d Dept: 140 AD3d 1178 | denied |
| State of New York, Matter of, v Nushawn W. | 4th Dept: 139 AD3d 1375 | denied* |

## Decided December 20, 2016

| | | |
|---|---|---|
| Abrams v Bute | 2d Dept: 138 AD3d 179 | denied |
| Cheung, Matter of, v Commissioner, Dept. of Hous. Preserv. & Dev. | 1st Dept: 141 AD3d 411 | denied |
| Cleary v Automobile Ins. Co. of Hartford, Connecticut | 2d Dept: 141 AD3d 501 | denied |
| Etzion v Etzion | 2d Dept: 138 AD3d 678 | denied |
| Flournoy, Matter of, v Bezio | 3d Dept: 140 AD3d 1513 | denied |
| Franklin, Matter of, v New England Motor Frgt. | 3d Dept: 142 AD3d 747 | denied |
| Grabell, Matter of, v New York City Police Dept. | 1st Dept: 139 AD3d 477 | denied |
| Gunther v Vilceus | 2d Dept: 142 AD3d 639 | denied |
| Kolel Damsek Eliezer, Inc. v Schlesinger | 2d Dept: 139 AD3d 810 | denied |
| Rosa, Matter of, v June Elec. Corp. | 3d Dept: 140 AD3d 1353 | denied |
| Swinton, Matter of, v Schriro | App Div, 2d Dept: 2016 NY Slip Op 81111(U) | denied* |
| Take Two Outdoor Media LLC, Matter of, v Board of Stds. & Appeals of the City of N.Y. | 1st Dept: 128 AD3d 563 | denied |
| Todres v W7879, LLC | 1st Dept: 137 AD3d 597 | denied |
| Todres v W7879, LLC | 1st Dept: 137 AD3d 597 | denied |

* Motion for poor person relief dismissed as academic or denied.